**RECEIVED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUN 2 5 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Elois Poole-Clayton* )
_____ , )
)
**Plaintiff(s),** )
ATTY. )
**vs.** *ANNA Strange* )
*Lisa Madigan* )
*I.A.G. City of Chicago as* )
*A Municipality & Thomas Cargie* )
ATTY )
)
**Defendant(s).** )

10cv3949
Judge Matthew F. Kennelly
Magistrate Jeffrey Cole

## COMPLAINT FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help the pro se plaintiff state allegations in as clear a manner as possible to assist the court and the defendant in understanding the claims. Please read the directions and the numbered paragraphs carefully. Some paragraphs or sub-paragraphs may not apply to your claim or claims. You may cross out paragraphs that do not apply to your claims. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is *Elois Poole-Clayton* .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _I.A.G. (Lisa Madin.) Thomas Cargie (PD's) is_
    (name, star number if known)    *for Officer Sither, 25th District*

    ☒ an officer or official employed by _City of Chicago (Officer P. H, 25#)_
                                          (department or agency of government)
    _District, ATTY. ANNA Strange_____ or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _Cook County, City of Chicago (25th Dist._. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _12-9-2008_, at approximately _3 PM_ ☐ a.m. ☒ p.m.
                  (month,day, year)
    plaintiff was present in the municipality (or unincorporated area) of _I.A.G_

    _____, in the County of _Cook_,

    State of Illinois, at _Thompson Ctr. 12th Fl._,
                         (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that
    applies)*:

    ☒   arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☒   used excessive force upon plaintiff;
    ☒   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☒   conspired together to violate one or more of plaintiff's civil rights;
    ☐   Other:
        _____

        _____

2

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): Lisa Madigan (I.A.G.), City of Chicago

(officer Kelly, Suther), ATTY. ANNA Strange & ATTY. Thomas

Cargie( for the PD's Jonathan Kern, Bormes & Debartolo).

8.    Plaintiff was charged with one or more crimes, specifically:

BATTERY; arresting officers (Kelly & Suther)

of 25th District, falsely charged I, stating that,

the plainiff was the aggressor of the altercation that

took place on March 16, 2007

9.    (*Place an X in the box that applies. If none applies, you may describe the criminal*
*proceedings under "Other"*) The criminal proceedings

☐ are still pending

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows _____

_____

☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal by the prosecutor or a *nolle prosequi* order.

(Identify your further allegations as follows. (Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions at the time and the acts or omissions of each defendant.)

I was mailed a letter, clarifying that I was the prevailer (by 2007 IAG) stated that the decision of the courts in favor of the defendants was VACATED. Yet no letter (in 2 years) has the plaintiff received informing plaintiff of the Amount prevailed and is Asking this court to exempt the "DELAY" of "relief" for the plaintiff because of the Delays caused by All said defendants that appears Plaintiff is Asking this court to "consolidate" BOTH Criminal & Civil CAses, for the purpose of having a better Concept of what conspired from 4-6-07 to 2-13-08.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. Plaintiff suffered the following injury at as a result of defendant's conduct:

A permanent nerve damage to plaintiffs right 5th phalanges.

14. Plaintiff demands that the case be tried by a jury.  ☒ Yes      ☐ No

15.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff demands the following relief:

A.    Compensatory damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

☑    B.    *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Elois Poole-Clayton*

Plaintiff's name *(print clearly or type)*: *Elois Poole-Clayton*

Plaintiff's mailing address: *1613 N. Lectaire Ave. 3N*

City *Chicago*                State *Illinois*    ZIP *60639*

Plaintiff's telephone number: (*773* ) *622-2906* .

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

_____

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ELois Poole-Clayton

**Plaintiff(s)**

V.

Jonathan Kern, Bornes,
Debartolo, City of Chicago & ALL other
Said Defendants **Defendant(s)**
in Exhibit "A"

Case No

Review ct.:

Planiff is seeking "relief" ("monetary") in the
MAXIMUM, as requested in case # 08-L-2093
and case # 08-1928, for injuries caused by
All said defendants, including the DELAY
Caused because of misconduct of all said
"Authoritarians". Planiff is also asking this
Court to handle the release of "relief",
through your jurisdiction, to Avoid escape
of responsible parties, "As A Right" of
the planiff; (Title 28 U.S.C., Section 1343)+
§1347; 42 U.S.C., 1983, 1985 &1986.

# ATTACHMENTS

UNITED STATES DISTRICT COURT ; NORTHERN DISTRICT

OF ILLINOIS/EASTERN

DIVISION

Plainiff(s)
ELois Poole-Clayton

V.

Case No.08-L-2093

Defendant(s)
Kern, Bormes, Debartolo, City of Chicago
AND ALL other defendants, in Exhibit "A"

COMPLAINT (continued)

To Your Honor, of this most High Court:

This complaint, concerning criminal case number 08-L-2093, which in it,) I was (Plainiff) FALSELY accused of being the perpetrator of

commiting BATTERY, has advanced to I, (ELois Poole-Clayton) PREVAILING , as a result of I continuing to fight for my constitutional right, to be

adhered to," As a right"; Title 28 U.S.C. Section 1343 ,1367, 42 USC. 1983,1985 &1986.

From the very beginning of this case, when I was arrested, instead of TWO of the defendants, (Laurie Green and her daughter, Monique Bell),

the process of I,(the plainiff)receiving compensation for my pain, suffering and injuries, (including future damages), which is what I have request

for "relief", has been DELAYED, because of the MISCONDUCT, that has taken place, in the Circuit Courts of Illinois system.

In my brief that I submitted (due, Dec. 9, 2008, at the Illinois Supreme Courts, in Springfield), I received, on two occasions, a document stating (plainiff)

that a $25.00 docket fee, was due, with them knowing well, that I also submitted a

copy of my filing fees, showing them being waived. I also

Case: 1:10-cv-03949 Document #: 1 Filed: 06/25/10 Page 8 of 45 PageID #:8

was told, (by the clerk in Springfield), that my brief, was not in compliance, which is also not true, for obviously, I PREVAILED, in my CIVIL case,

after I submitted them.

It has been over (2) years and I have not heard OR received any compensation, for the MISCONDUCTS and the CONSPIRACIES to commit

misconduct, done by the(judges, arresting officers, public defenders and the person responsible for the activities of the clerks at the Thompson

Center, on the twelfth floor, here in Chicago, for I was told by the clerk(Paul), that "it isn't necessary, for any NOTORIZATION to be signed".

I asked him, was he sure and he CONFIRMED to I, that he was sure, WITHOUT even checking with his supervisor OR boss, to be certain.

Upon I submitting this BRIEF(the attorney general's (3) copies), I requested a signed note OR stamped signed note, to show who my brief

was left with, on 12-09-2008.

Along with this attempt to DELAY my "monetary recovery" process, I was forced to RETURN on many occasions, (starting from April 6, 2007),

which is when I FIRST, requested a "TRIAL", from the court room at 25th District (Grand & Central).

After then, another level of DECEIT, began to unravel, when one of the Public Defenders(Jonathan Kern, the lead "attorney" in the supposed

criminal case against I, boss(Erica Reddick, returned a call, hollering in my ear, that, "it's impossible for attorney Kern to handle cases at

Grand and Central, for he ONLY handle cases, at 555 W. Harrison". I replied to her, "that's a lie, for Kern, is the one who handed I a FLYER,

instructing I, to go to 35th and Michigan, to get the BATTERY that was put on I, expunged, which I started the process.

In the meantime, my court date was continued AND eventually TRANSFERRED, to the 555 W. Harrison, courthouse.

The munipulation AGAIN , began to unravel, when I was told that my "TRIAL", would began, in the afternoon at 555 W. Harrison, at 1:00 p.m., I

3

arrived for court, and was told that there are NOT ANY trials held, at 555 W. Harrison, in the afternoon and this "TRIAL",(according to the letter

I have enclosed to you, stated different).

In the meantime, I am being subjected to having to take, an unnumbered count, of PAIN pills, (again chancing getting an ULCER), to try and

subdue the DAILY pain, from this physical ASSAULT on my person, (done by 2, of the defendants, Laurie Green(the mother) and her daughter

(Monique Bell), which the judges, NEVER acknowledge as being one of the defendants, for she Monique, always went before the magistrate,

ALONE, while her mother, sat in the courtroom watching and expressing sly remarks, as to say that they're going to get away with not paying

for INJURING I. _Include U.S. Code, Title 5, 703 & 705; Motions Attached._

The police report (falsely written by the arresting officers and fabricated by Laurie Green and Monique Bell, which is why I attended a hearing

concerning this matter, on 09-15-2009), also caused a DELAY, in the process of I receiving "relief", for the damages, including the stress

I've been under, because of this evergoing pain that I have to endure.

I have been left(therapy documentation to prove), with a permanent nerve damage, that can only be corrected, with surgery, which (as you

know, will run into hundreds of thousands of dollars), but I can not afford to have, until I've been compensated for my "damages".

STATUES 1&2, Section 12, of the U.S. Constitution, in essence, PROHIBITS an individual from lieing, in a legal situation and I, (in my brief)

has charged Laurie Green and Monique Bell, as such.

The JUDGES(all), "knew OR should have known", that I was requesting a "TRIAL", but not one, adhered to this happening, IN A "TIMELY"

manner, _OR in any other manner, contributing an obstruction of Justice._

I addressed the role, that the public defenders played, for Mr. Kern, was DISMISSED from representing I, for he said, NOTHING, BEFORE

THE TRIBUNAL, in my defense. He simply replied to I, "just don't say nothing", while I was being RAILROADED, AGAIN.

I made GREAT emphasis, on having a trial, because also it is important to protect my Medical Credentials and CADC credentials, which

I worked hard to accomplish and I KNOW that Kern, was MISREPRESENTING I.

Two other PD's were appointed (Fred Debartolo and attorney Bormes), which turned out to "attorneys", conducting themselves, in an

unprofessional manner, as well, contributing to misconduct & conspiracy.

Upon 02-08-2008, I went before the magistrate and low and behold, KERN, was the attorney again, standing before the judge, attempting

to take the place of Bormes. That was unexceptable, for Kern, had ALREADY been RELEAVED of his post, because of INTENTIONALLY, (

obviously), MISREPRESENTING I. He gave the excuse that BORMES, was in another court and Debartolo, appeared, when the judge stated

that the charges against I(after fighting for over 2 years), were DISMISSED. At that moment, the replacement lawyer, walked with In the

court halls(mind you, these two replacement "lawyers", attempted to intimidate I, in an effort to force I, to accept 12 months supervision, which

is what Kern stated to I, that the judge offered I, after I REFUSED to accept 3 months, court supervision, for a crime that I was NOT responsible

for IN THE FIRST PLACE.

The judges (who" knew or should have known", a trial was requested), the arresting officers, who assisting Laurie and Monique, at FALSIFYING

the police report and ALL OTHERS IN MY EXHIBIT "A", has played a role, (including the clerks at Mrs. Madigan Office, at the Thompson).

On 10-14-2008, I was scheduled to appear in court(which I did), as was the individual (property owner(Rosey Cory), whom I was assisting at taking

care of her property, at 633 N. Lockwood, which I only agreed to help because the man that owned the building, was a good friend of my

fathers, but when he passed away, I continued to be a concerned neighbor to her, by waving and letting her know, that if she needed my help

with anything, that she could call I and I would help where I could, and I did help her, when she called, as did another relative of mine, who did

some interior carpentry work for her. I'm also suing, for she lied to the officer, stating that she did not see I, when I was struck by

these two tenants of hers, when she was standing at the doorway(in view of I), where the altercation took place.

I later, had a 25th district officer, assist I, at filing a police report on her, for she threatened to shoot I,(after she invited I to ring the doorbell

to see if Laurie and Monique, still lived there). A detective, (Det. Gallagher, according to the Police Hdqt. letter that I received in the mail),

were the designated investigator, to this report that I filed on Rosie Cory, but I NEVER heard anything from him.

On 10-24-2008, Rosie Cory, was ordered to return back to court, but she was NOT present(meaning a warrant, should have been issued

on her, by the courts(judge EGAN), having FULL knowledge of what had taken place.

The attorney for City of Chicago(Strange), I(the plaintiff, Mrs. Clayton) and the attorney for Kern, Bormes and Debartolo(atty. Cargie), were

the ONLY people present in court, besides the judge.

I argued, my case, but the judge seemed set, on ruling against I, for he told the attorney for the City of Chicago, that, "you can get it dismissed in

Appellate Court", (making an UNETHICAL remark, BEFORE THE TRIBUNAL, which pushed I to file a complaint against him, with the JUDICUIARY

BOARD). Judge EGAN, went further, not conducting himself in a" MINISTERIAL FUNCTION",. He also lied before the tribunal, stating to I(the

plainiff), that, "The City of Chicago, can't be sued". "You can't sue the City of Chicago". I didn't want to mirror him(I'm also a Certified CADC),

so I simply informed him, again, that I would be appealing his decision, for he dismissed my case against the city, "WITHOUT PREJUDICE".

I was concerned of being held in contempt, if I spoke to much..

It's great, that we have the federal courts, to help us master the wrongs done on a local level.

Upon (I), the plainiff(Mrs. Clayton) filing suit against the City of Chicago, because

the arresting officers works for the City, I addressed a letter and hand delivered it to Mayor DALEY's

office, handing it to the desk person, asking them, to see that he received it. I was putting him on notice, that two officers that works for 25th district/City of Chicago, were being sued. I never received any sort of concern from him or his secretary.

 With this said, I'm asking the Federal Courts, to demand "relief" compensation be granted, for the MAXIMUM(or $5,930,000.00), which total

the amount that I asked for, from the beginning of this fabricated case; criminal(#08-L-2093) ; civil(# 08-1928), for lost opportunity to work

for a prestigeous Rehab Facility(for I was offered one of the jobs available)(with employment being so unsure) and this being the kind of job

that I could have EXCELLED in, with my skills. Opportunities as such, don't come along often and the defendants in my Exhibit "A", has played

a huge role, in my misfortunes and I'm asking THIS Court(federal), to honor my injuries, caused by all DEFENDANTS.
 I'm also asking that the courts, order all found responsible, to direct my "monetary relief"/ "damages", to the federal courts, for I, to retreive
for I have ALREADY experienced WINNING at ARBITRATION, in another case, where I was struck, while walking my bicycle across the streets, when an individual made a RIGHT TURN ON RED(when plainly, the sign posted stated NO TURN ON RED) and this individual, NEVER bothered to look and see whether a pedestrian was present.

Again, it's been OVER (2) years since I WON my case and I'm asking this court, to DEMAND payment, so that I can make the necessary corrections, without oweing a huge medical bill, that I can't afford and get on, living my life, play sports and enjoying life, as I know it.

 Thank you.


                         Sincerely,

                         *ELois Poole-Clayton*


 ELois Poole-Clayton
 1613 N. Leclaire Ave 3n.
 Chicago, Illinois,, 60639-4459
  (773)622-2906
 *ELois Poole-Clayton*

## JURY TRIAL INFORMATION

No. 07 MCI 266355.

YOU HAVE DEMANDED TRIAL BY A JURY. YOUR NEXT COURT DATE IS

5-17-07

YOU MUST APPEAR IN COURT LOCATED AT:

+ Clinton

555 WEST HARRISON
BRANCH 46 – ROOM 304
1:30 P.M.

PLEASE ARRIVE BEFORE 1:30 P.M. BECAUSE YOU WILL NEED ADDITIONAL

TIME TO GO THROUGH SECURITY AND LOCATE THE COURTROOM.

FAILURE TO APPEAR ON YOUR NEXT COURT DATE WILL RESULT IN A

WARRANT FOR YOUR ARREST. REMEMBER THIS IS A COURT OF LAW.

DRESS APPROPRIATELY.

WHILE YOUR CASE IS PENDING IN THE JURY COURTROOM, YOU MAY

CHANGE YOUR MIND ABOUT THE JURY TRIAL AND SELECT A BENCH

TRIAL. YOU MUST INFORM YOUR ATTORNEY OF THIS CHANGE AS SOON AS

POSSIBLE.

PLEASE NOTE: THE COURT HOUSE IS LOCATED NEAR THE GREYHOUND

BUS STATION AT THE INTERSECTION OF HARRISON AND CLINTON. YOU

CAN REACH THE COURT HOUSE BY THE BLUE LINE AND EXIT AT THE

CLINTON STOP.

UNITED STATES DISTRICT 6-18-10
COURTS NORTHERN DISTRICT
OF ILLINOIS/EASTERN DIVISION

ELois Poole-Clayton          Case No: 08-L-2093
(Plainiff)          Review Ct: 08-1928

VS

Jonathan Kern, Bormes, Debartolo
and ALL other said, defendants
in Exhibit "A", including the
City of Chicago
(defendants)

MOTION to PETITION for
WRIT OF MANDAMUS

Plainiff asking this honorable court to
Allow this WRIT OF MANDAMUS in conjunc-
tion with the "AS A Right clause".

(2)

# UNITED STATES
# DISTRICT COURTS NORTHERN
# DISTRICT OF ILLINOIS/EASTERN

Elois Poole-Clayton     Case No: 08-L-2013
    (Plainiff)     Review Ct. 08 1928

      VS

Jonathan Kern, Bormes,
Debartolo, and All said
defendants in Exhibit "A"
Including the City of Chicago
     (defendants)

# MOTION to PETITION for
# WRIT OF MANDAMUS Continued

Plainiff, not allowed an oral argument, is asking
this court to argue on petitioners behalf for
"relief" and to correct the injustice done to her.

Elois Poole-Clayton, Pro Se
1613 N. LeClaire Ave. 3w
Chicago, Ill. 60639

UNITED STATES DISTRICT 6-18-10
COURTS NORTHERN DISTRICT
OF ILLINOIS/EASTERN DIVISION

Elois Poole-Clayton          Case No: 08-L-2093
(Plainiff)                   Review Ct: 08-1928

        VS

Jonathan Kenn, Bormes, DeBartolo
and ALL other said defendants
in Exhibit "A", including the
City of Chicago
        (defendants)

        MOTION to PETITION for
    WRIT OF MANDAMUS

Plainiff nsking this honorable court to
Allow this WRIT OF MANDAMUS in conjunc-
tion with the "AS A Right clause".

(2)

# UNITED STATES
# DISTRICT COURTS NORTHERN
# DISTRICT OF ILLINOIS/EASTERN

Elois Poole-Clayton          Case No: 08-L-2013
(Plainiff)                   Review Ct. 081928

VS

Jonathan Kern, Bormes,
Debartolo, and All said
defendants in Exhibit "A"
Including the City of Chicago
(defendants)

## MOTION to PETITION for
## WRIT OF MANDAMUS CONTINUED

Plainiff, not allowed an oral argument, is asking
this court to argue on petitioners behalf for
"relief" and to correct the injustice done to her.

Elois Poole-Clayton Pro Se
1613 N. LeClaire Ave. 3n
Chicago, Ill. 60639

# PETITION FOR WRIT OF MANDAMUS: WRIT OF MANDAMUS

The petitioner is asking the U.S. district of the Northern Division (Federal Courts) to compel the Illinois Supreme Ct., to Rule on appending proceeding, being that it has been over 2 years and the plainiff has not been awarded "relief", "monetary" as requested, being that it has been proven that the State of Illinois, did NOT have a case against the plainiff, but the plainiff having a case against the State of Illinois and prevailing on 2-13-08. The petitioner (Elois Poole-Clayton), is asking this court to Award her a "declaratory judgement" of $5,930,000.00, for damages done to plain-iff 5th right phalanges, which sustained a damaged nerve, which petitioner has to endure taking pain medication on a regular basis for, until petitioner is awarded the asked for monies, to have the much

(2)

needed surgery, for the sake of petitioners
life being restored, back to normal, per-
curing the need not to have to be
over concerned about being extra careful
of causing greater injury, while realizing
that more or future therapy will be
required.
   On 8-12-08, an order was entered, by
the Appellate Court, by the State of Illinois,
First District, to waive petitioner's fees, in
lieu of (by common sense of petitioners
winning of criminal case, # 08-L-2093)
"declaratory judgement", which will enable
petitioner to proceed with the much need-
ed surgery, to correct the damaged nerve,
caused by the alteration that (2) of
the defendants perpetrated and were
the agressors of, now being proved by
the petitioner, unlike the committing
of Statues 1 and 2, Section 12, of the

(3)

U.S. Constitution, by the defendants.

On 3-16-07, the (2) arresting officers assisted in this false charge of battery bestowed on the petitioner, while Laurie Green (Peggy) and her daughter Monique Bell, were the perpetrators of this assault, which caused the petitioner to strick back in DEFENSE of herself.

On 3-19-08, it was common knowledge, that petitioner was/had requested a "TRIAL" and "ORAL ARGUMENT", which did not take place.

On 5-17-07, petitioner was deceived by branch 46 and all defendant judges mentioned in petitioners criminal case Brief caption, that a trial would take place at 555 W. Harrison, at 1:30 pm, which upon arriving (on time), petitioner learned that she had once again been hoodwinked, for NO TRIALS take place

(4)

in the afternoons, at that court house.
Again, on 11-15-2007, another
continuance was handed down, promising
another date (2-13-08) for trial.
On 10-14-08, 10-24-08, (during
petitioners civil proceeding) judge
Egan, in courtroom 2205, made un-
ethical remarks BEFORE the TRIBUNAL,
that the counsel for the City of Chicago,
could get petitioner's civil case dismissed
in Appellate court, not adhering to
the proof of petitioner's lay knowledge
of procedures and proof presented
to the civil judge of the mass effort
to seek counsel, for petitioner is well
aware of how litigants are mistreated
without counsel, petitioner retrieving
a 2005-2006 and 2007-2008 Judiciary
Report Book and viewing the behaviors
of many judges.

(5)

One captivating experience was learning how acceptable it has become, for a judge who has been found of guilty of judicial misconduct, for sexual harrassment, DUI, theft and other crimes, but is never prosecuted as others would be, allowing them to resign or receive a simple reprimand. These acceptances, in essence, causes delays for litigants monetarily and in many cases, jail time, that goes beyond the amount of time that a person should get, which in again many cases, causes litigant to be confined in atmospheres that provokes rapes and other horrific abuses, caused by corrupt judges who did nothing to combat corrupt behaviors by other judges, during a particular legal process. Abuses does not constitute punishment, not

(6)

any sort of abuse.

On 6-4-10, petitioner loss 5 minutes (because a baliff first mislead petitioner with instruction on where to submit a letter of complaint to the Chief judge at the Daley Center, stating first, petitioner had to submit it at 26th and California, then changing his respond (after 4-5 minutes of stalling) to the 26th Fl. of the Daley Center, causing the judge to stricken a MOTION that was scheduled to be heard. Petitioner later learned that a criminal and civil case, could not be "consolidated", according to the Clerks at I.A.G. office, on the 12th floor of the Thompson Center.

Now comes the plainiff (so to speak) Asking this honorable court to "Consolidate" Case # 08-L-2093 / 08-1928, in lieu of

(7)

eliminating the State of Illinois
courts from more corruption,
theft and judicial misconduct.
    A conspiracy to commit miscon-
duct, has unfolded in petitioners
cases, since 4-6-07, to 12-9-08,
when the Illinois S.C. returned
19 copies and 1 original brief, with
typed in points stating that my brief
was not in compliance with Rule 315, which
is not true. I.S.C. clerk also stated
that a 25.00 docket fee was due, when
that could have not been true either, for
upon my fees being waived (proof of order
included in enclosed Applications to
Federal Courts), it was not necessary
to redue that process to Appeal to
S.C of Illinois. Upon informing the clerk
that that process had already been
submitted in my Appellate documents,
the clerk stated to I STILL, that, "

(8)

you have to go back (again) to the
Appellate Clerks office and get another
waiver". I didn't argue. I went back
to the Appellate clerks office at 160
N. LaSalle, 14th Fl., gave a clerk my
case # for civil appeal (#087928) and
was printed out the SAME IDENTICLE
WAiver Approval letter. I also on 12-9-08,
hand delivered 3 copies to I.A.G. (2007),
3 copies each to the opposing counsels
at 30 N. LaSalle, Suite 800, and 500
Daley Ctr.
    The clerk on the 12th Fl. of
the I.A.G. office, (Paul), caused
petitioners brief to be returned for
he stated to petitioner that he
was certain that a notorization
was NOT necessary. This cause
another DELAY in petitioners "relief"
being adhered to.
    The "authoritarians" and their

(9)

human components, has conspired against I, for 'relief' is due I.

On 10-24-08, the defendants who were to appear (Rosie Cory) after being instructed to be present (by Judge Egan), was NOT present. The dates had been altered and the counsel for the City of Chicago and Counsel for the PD's were present.

On 09-19-2007, petitioner received a letter from the Cook County PD's Office, stating that (2) different attorneys, had been appointed to take Jonathan Kerns place, for petitioner was NOT happy with the MISCONDUCT of Atty. KerN. One of the questions petitioners had prepared for him was, what was/is his legal definition for the word defend, for to my understanding, his job were to defend his client, BEFORE the TRIBUNAL, not go in chamber (supposedly)

(10)

and accept an offer of 3mos. court
supervision, then retrieve there again
and not argue the judge insisting
on forcing his client to take
(even more) (12 mos.), because his
client refuse 3mos. supervision.
NOTE: The petitioner were not only
speaking up for her rights, but in
doing so, the petitioner were protec-
ting her credentials, for even as
you (your honor) read this petition,
on this day (2010), the petitioner
is a Certified Medical Coder, MT,
CADC and Radiologist (but unem-
ployed), but has missed a once in
a lifetime opportunity to be one
of the greatest Counselors in existance;
(note boasting; just showing that peti-
tioner has been serious for years about
individuals living better lives, for the

(11)

sake of the future, which is also
a reason that petitioner is asking
this honorable court for a "declaratory
judgement".
Note; Petitioner apologizes for not in-
cluding the case # (07 MCI 266 355)
next to the "new appointed PD's" on
page 9, of this "WRIT OF MANDAMUS".
    With this said, petitioner is asking
this court to cease "DELAY" of
"relief", "monetary" and grant the peti-
tioner the MAXIMUM declaratory
judgement" permitted by this honor-
able court.


E Lois Poole-Clayton Pro Se
1613 N. Leclaire Ave. 3N
Chicago, Ill 60639-4459
(773) 622-2906
*E Lois Poole-Clayton*

OFFICIAL TRANSCRIPT

# The Career Academy School of Allied Health Technicians
200 N. Michigan Ave. Chicago, IL 60601
Tel: (312) 372-7737          Fax: (312) 372-7736

NAME **ELOIS CLAYTON**

PROGRAM TITLE

SS# ▬▬ - ▬▬ - ▬▬

*Medical Biller Administrative Assistant*

DATE ENTERED **06-11-2005**          DATE COMPLETED **10-29-2005**

| ADMINISTRATIVE UNIT | GRADE |
|---|---|
| 401 ADMINISTRATIVE PROCEDURES / MEDICAL RECORDS | A |
| 402 MEDICAL TERMINOLOGY INTRO 1&2 | A |
| 403 MEDICAL TERMINOLOGY SYSTEMS | A |
| 404 MEDICAL TERMINOLOGY TESTS / PHARM | C |
| 405 MEDICAL LAW | B |
| 406 MEDICAL ETHICS | B |
| 407 INTRODUCTION TO MEDICAL SOFTWARE | A |
| 408 HIPAA | A |
| MEDICAL TERMS FINAL | B+ |
| MEDICAL ADMINISTRATIVE FINAL | A |

| CODING UNIT | GRADE |
|---|---|
| 409 CONCEPTS OF MEDICAL BILLING | A |
| 410 THE CLAIMS PROCESS- CMS ISTO | A |
| 411 HEALTHCARE PAYERS PART I-INS CARRIERS | A |
| 412 HEALTH CARE PAYERS PART II-INS CARRIERS | A |
| 413 OUTPATIENT BILLING PHYSCIAN/HOSPITAL | A |
| 414 SURGICAL BILLING HOSPITAL PROCEDURES | B |
| 415 PRINCIPLES OF MEDICAL CODING ICD-9/CPT | A |
| 416 PRINCIPLES OF MODIFIERS / HCPCS II | A |
| UNIT FINAL | A |

EVALUATION KEY: A = 90-1 00 13+ = 89-86 B = 85-80 C+ = 79-76 C= 75-70 D+ = 66-69 D = 65-60 I=Incomplete

Weekly Exam Grade Average: **A**          Final Exam Average: **B+**

| | |
|---|---|
| Ability to Comprehend Material: | OUTSTANDING |
| Ability to Demonstrate Use of Terminology: | OUTSTANDING |
| Ability to Work Independently: | OUTSTANDING |
| Quality Control in Coding Application: | OUTSTANDING |

(Outstanding-Excellent-Setisfactory)

FINAL GRADE _____ **A** _____          OFFICIAL SIGNATURE _____

SEAL

# National Center for Competency Testing

## National Certification Examination Verification

By authority of the Board of Directors, upon recommendation by the Board of Examiners, in recognition of the fulfillment of its requirements, hereby confers upon

## Elois P Clayton, NCICS

The Title of

# National Certified Insurance & Coding Specialist

In witness whereof, the signature of the duly authorized officer is hereunto affixed.

Given in the United States of America in the year of 2006.

President

Effective On: 11/3/2006        Current Through 12/15/2007

ID Number 565342

1010 Vermont Avenue NW, Suite 805
Washington DC 20005
Tel.: 1-800-435-5338

Offices At:
8675 Darnley, Mount Royal, QC H4T 1X2
58 Federal St., St. Albans, VT 05478

April 20, 2007

Elois Poole Clayton
1613 N Leclaire Ave Apt 3N
Chicago IL
60639-4459

Dear Elois Poole Clayton,

Congratulations on the completion of your course!

I am confident that your career options are excellent after seeing your 81% average. You have most certainly put your best effort into this course.

Please find your SCI diploma enclosed. Along with it, I am sending you a copy of your transcript of grades and our "Guide to Winning the Job Search Battle."

Sometime in the future, you may wish to enrol in another SCI program. Now that you are one of our graduates, I would like to take this opportunity to offer you a $100.00 bursary to put towards the tuition of any of our programs which are listed in the enclosed calendar.

If you would be interested in this bursary, or if I can ever be of service to you, please call me. SCI's toll-free line is 1-800-363-0058. I am available between 8:30am and 5pm, from Monday to Thursday, and until 4pm on Friday.

Best wishes for success in all your future endeavours.

Sincerely,

Linda Mansourian
Registrar

encl



1010 Vermont Avenue NW, Suite 1100
Washington DC 20005

# *Official Transcript of Grades*

Elois Poole Clayton
1613 N Leclaire Ave Apt 3N
Chicago IL
60639-4459

Date: April 20, 2007
Student Number: E580951
Average Grade: 81%
Diploma Awarded

## Drug & Alcohol Counseling Program

### Session I

| | | |
|---|---|---|
| DCA1-A: | Nature Versus Nurture; Human Emotions; Motives For Human Behavior; Defense Mechanisms; Culture; Social Institutions; Social Development; Role Of Parents; Social Maladjustment | 95% |
| DCA1-B: | Impacts Of Poverty, Alcoholism And Drug Abuse, Domestic Violence, Racism And Discrimination; Social Issues In The Work Place Including Absenteeism, Sexual Harassment, And Stress | 85% |
| DCA1-C: | Attributes Of A Successful Counseling Relationship; Hidden Dependency; Impacts Of Abuse And Victimization; Dual-Diagnosis Clients; Enabling And Co-Dependency; Responses To Receiving Help | 80% |

### Session II

| | | |
|---|---|---|
| DCA2-A: | Definition Of A Drug; Metabolic Aspects Of Drug Use; Measurement & Detection Of Arousal, Performance & Behavior During Drug Research; Withdrawal Symptoms; Tolerance & Conditioning | 95% |
| DCA2-B: | Design Of The Nervous System; The Disease Model; The Physical Dependence Model; The Positive Reinforcement Model; Theories Of Drug Self-Administration; Significance Of Sensitization | 75% |
| DCA2-C: | Alcoholism; Effects Of Acute Or Chronic Alcohol Consumption;types Of Tranquilizers & Sedative Hypnotics; Effects Of Tranquilizers On The Body; Treatment Options For Abuse Of Tranquilizers | 70% |

Stanford Carch Insticuc
1010 Vermont Avenue NW, Suite 1100
Washington DC 20005

Student Number: E580951

## Session III

| | | |
|---|---|---|
| DCA3-A: | Harmful Effects Of Inhaled Substances; Usage Of Tobacco & Nicotine; Caffeine & Other Significant Methylxanthines; Physiology Of Caffeine Intake & Elimination | 80% |
| DCA3-B: | Neurophysiology & Effects Of Psychomotor Stimulants; Identification, Actions & Therapeutic Uses Of Antipsychotic Drugs; Tolerance & Withdrawal To/From Antipsychotic Drugs | 80% |
| DCA3-C: | Identification, Characteristics & Neurophysiology Of Antidepressant & Mood Stabilizing Drugs; Types Of Cannabinoids; Types Of Hallucinogens & Their Neurophysiology | 85% |

## Session IV

| | | |
|---|---|---|
| DCA4-A: | Definitions & Context Of Substance Use/Abuse; Physiology Of The Nervous System; Incidence & Effects Of The Use Of Alcohol & Other Depressants, Barbiturates & Opiates | 80% |
| DCA4-B: | Etiological Theories Of Substance Abuse Including Moral Theory, Disease Theory, Genetic Theory, Systems Theory, Behavioral Theory, Sociocultural Theory, Biopsychosocial Theory | 85% |
| DCA4-C: | The Diagnostic Interview, Dsm-IV Diagnostic Criteria, Phases Of Behavioral Characteristics In Substance Abusers; Making A Diagnosis; Developing A Treatment Plan | 75% |

## Session V

| | | |
|---|---|---|
| DCA5-A: | Treatment Approaches Used In Individual Therapy; Direct Effect Strategies; Broad-Spectrum Strategies; General Systems Concepts That Are Relevant To Family Therapy; The Process Of Treatment | 85% |
| DCA5-B: | Perspectives & Treatment Issues Applicable To Women, The Gay/ Lesbian/Bisexual Community, Children & Adolescents, The Elderly, Prevention & Intervention Options For Demographic Groups | 70% |
| DCA5-C: | Determinants Of Relapse & Prevention Strategies; The Alcoholics Anonymous Model & Associated 12-Step Programs; Other Models For Recovery; Ethical Issues Related To Substance Abuse Counseling | 70% |

# PETITION FOR WRIT OF MANDAMUS: WRIT OF MANDAMUS

The petitioner is asking the U.S. district of the Northern Division (Federal Courts) to compel the Illinois Supreme Ct., to Rule on appending proceeding, being that it has been over 2 years and the plainiff has not been awarded "relief", "monetary" as requested, being that it has been proven that the State of Illinois, did not have a case against the plainiff, but the plainiff having a case against the State of Illinois and prevailing on 2-13-08. The petitioner (Elois Poole-Clayton), is asking this court to Award her a "declaratory judgement" of $5,930,000.00, for damages done to plainiff 5th right phalanges, which sustained a damaged nerve, which petitioner has to endure taking pain medication on a regular basis for, until petitioner is awarded the asked for monies, to have the much

(2)

needed surgery, for the sake of petitioners
life being restored, back to normal, per-
Curing the need not to have to be
over concerned about being extra careful
of causing greater injury, while realizing
that more or future therapy will be
required.

On 8-12-08, an order was entered, by
the Appellate Court, by the State of Illinois,
First District, to waive petitioner's fees, in
lieu of (by common sense of petitioners
winning of criminal case, # 08-L-2093)
"declaratory judgement," which will enable
petitioner to proceed with the much need-
ed surgery, to correct the damaged nerve,
caused by the alteration that (2) of
the defendants perpetrated and were
the agressors of, now being proved by
the petitioner, unlike the committing
of statues 1 and 2, Section 12, of the

(3)

U.S. Constitution, by the defendants.

On 3-16-07, the (2) arresting
officers assisted in this false charge
of battery bestowed on the petitioner,
while Laurie Green (Peggy) and
her daughter Monique Bell, were the
perpetrators of this assault, which
caused the petitioner to strick back
in DEFENSE of herself.

On 3-19-08, it was common knowledge,
that petitioner was/had requested a
"TRIAL" and "ORAL ARGUMENT", which
did not take place.

On 5-17-07, petitioner was deceived
by branch 46 and all defendant judges
mentioned in petitioners criminal case
Brief caption, that a trial would take
place at 555 W. Harrison, at 1:30 PM,
which upon arriving (on time), petitioner
learned that she had once again been
hoodwinked, for NO TRIALS take place

(4)

In the afternoons, at that court house.
Again, on 11-15-2007 another
continuance was handed down, promising
another date (2-13-08) for trial.
On 10-14-08, 10-24-08, (during
petitioners Civil proceeding) judge
Egan, in courtroom 2205, made un-
ethical remarks BEFORE the TRIBUNAL,
that the Counsel for the City of Chicago,
Could get petitioner's Civil case dismissed
in Appellate court, not adhering to
the proof of petitioner's lay knowledge
of procedures and proof presented
to the civil judge of the mass effort
to seek counsel, for petitioner is well
aware of how litigants are mistreated
without counsel, petitioner retrieving
a 2005-2006 and 2007-2008 Judiciary
Report Book and viewing the behaviors
of many judges.

(5)

One captivating experience was learning how acceptable it has become, for a judge who has been found of guilty of judicial misconduct, for sexual harrassment, DUI, theft and other crimes, but is never prosecuted as others would be, allowing them to resign or receive a simple reprimand. These acceptances, in essence, causes delays for litigants monetarily and in many cases, jail time, that goes beyond the amount of time that a person should get, which in again many cases, causes litigant to be confined in atmospheres that provokes rapes and other horrific abuses, caused by corrupt judges who did nothing to combat corrupt behaviors by other judges, during a particular legal process. Abuses does not constitute punishment, not

(6)

any sort of abuse.
   On 6-4-10, petitioner loss 5
minutes (because a baliff first
mislead petitioner with instruction
on where to submit a letter of
complaint to the Chief judge at the
Daley Center, stating first, petitioner
had to submit it at 26th and California,
then changing his respond (after 4-5
minutes of stalling) to the 26th Fl.
of the Daley Center, causing the judge
to stricken a MOTION that was
scheduled to be heard. Petitioner
later learned that a criminal and
civil case, could not be "consolidated",
according to the Clerks at I.A.G.
office, on the 12th floor of the
Thompson Center.
   Now comes the plainiff (so to speak)
Asking this honorable court to "Consolidate"
Case # 08-L-2093 / 08-1928, in lieu of

(7)

eliminating the State of Illinois
courts from more corruption,
theft and judicial misconduct.
   A conspiracy to commit miscon-
duct, has unfolded in petitioners
cases, since 4-6-07, to 12-9-08,
when the Illinois S.C. returned
19 copies and 1 original brief, with
typed in points stating that my brief
was not in compliance with Rule 315, which
is not true. I.S.C. clerk also stated
that a 25.00 docket fee was due, when
that could have not been true either, for
upon my fees being waived (proof of order
included in enclosed Applications to
Federal Courts), it was not necessary
to redue that process to appeal to
S.C of Illinois. Upon informing the clerk
that that process had already been
submitted in my Appellate documents,
the clerk stated to I STILL, that, "

(8)

you have to go back (again) to the
Appellate Clerks office and get another
waiver". I didn't argue. I went back
to the Appellate Clerks office at 160
N. LaSalle, 14th Fl., gave a clerk my
case # for civil appeal (#087928) and
was printed out the SAME IDENTICLE
WAIVER Approval letter. I also on 12-9-08,
hand delivered 3 copies to I.A.G. (2007),
3 copies each to the opposing counsels
at 30 N. LaSalle, Suite 800, and 500
Daley Ctr.

    The clerk on the 12th Fl. of
the I.A.G. office, (Paul), caused
petitioners brief to be returned for
he stated to petitioner that he
was certain that a notorization
was NOT necessary. This cause
another DELAY in petitioners "relief"
being adhered to.

    The "authoritarians" and their

(9)

human components, has conspired against I, for 'relief' is due I.
On 10-24-08, the defendants who were to appear (Rosie Cory) after being instructed to be present (by Judge Egan), was NOT present. The dates had been altered and the counsel for the City of Chicago and Counsel for the PD's were present.
On 09-19-2007, petitioner received a letter from the Cook County PD's Office, stating that (2) different attorneys had been appointed to take Jonathan Kerns place, for petitioner was NOT happy with the MISCONDUCT of Atty. Kern. One of the questions petitioners had prepared for him was, what was/is his legal definition for the word defend, for to my understanding, his job were to defend his client, BEFORE the TRIBUNAL, not go in chamber (supposedly)

(10)

and accept an offer of 3mos. court supervision, then retrieve there again and not argue the judge insisting on forcing his client to take (even more)(12mos.), because his client refuse 3mos. supervision.

NOTE: The petitioner were not only speaking up for her rights, but in doing so, the petitioner were protecting her credentials, for even as you (your honor) read this petition, on this day (2010), the petitioner is a Certified Medical Coder, MT, CADe and Radiologist (but unemployed), but has missed a once in a lifetime opportunity to be one of the greatest Counselors in existance; (note boasting; just showing that petitioner has been serious for years about individuals living better lives, for the

(11)

sake of the future, which is also
a reason that petitioner is asking
this honorable court for a "declaratory
judgement".
Note: Petitioner apologizes for not in-
cluding the case # (07 MCI 266 355)
next to the "new appointed PD's" on
page 9, of this "WRIT OF MANDAMUS".
   With this said, petitioner is asking
this court to cease "DELAY" of
"relief", "monetary" and grant the peti-
tioner the MAXIMUM "declaratory
judgement" permitted by this honor-
able court.

E Lois Poole-Clayton Pro Se
1613 N. Leclaire Ave 3N
Chicago, ILL 60639-4459
(773) 622-2906
E Lois Poole-Clayton

United States District Court
Northern District of ILLinois
EASTERN DIVISION

E Lois Poole-Clayton
(Plainiff)

No: 08-L-2093
Review Ct. 08-1928

VS

Jonathan Kern, Bormes, Debartds
City of Chicago and ALL said
Other defendants in Exhibit "A"

MOTION: Exceeding 15 pgs.

Plainiff is asking the court to allow
this filing, "exceeding 15 pages".

E Lois Poole-Clayton
1613 N. Leclaire Ave 3N.
Chicago, ILL. 60639

*E Lois Poole-Clayton*